UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA
       Plaintiff

v.                                Case Number 3:09-CR-00068(02)RM

                                    USM Number   Not Applicable

**GABRIELE EYE INSTITUTE PC**
       Defendant

                                  GEORGE E HORN
                                  Defendant's Attorney

_____

## JUDGMENT IN A CRIMINAL CASE

**THE DEFENDANT** pleaded guilty to count(s) 7 of the Indictment on 10/14/2010

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title, Section & Nature of Offense | Date Offense Ended | Count Number(s) |
|---|---|---|
| 18:1035 and 2  FALSE STATEMENTS REGARDING HEALTH CARE MATTERS, AIDING AND ABETTING THEREIN. | Around 2009 | 7 |

The defendant is to pay the financial penalties listed on  page 2  of this judgment.

Count(s) 1,2,3,4,5,6,8,9,10,11,12,13,14,15 and 16 of the Indictment are dismissed on the motion of the United States .

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

January 20, 2010
Date of Imposition of Judgment

/s/ Robert L. Miller, Jr.
Signature of Chief  Judge

Robert L. Miller, Jr., Chief Judge
 United States District Court
Name and Title of Judge

January 20,  2010
Date

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| **$400.00** | | **$205,109.00** |

The special assessment payment shall be made payable to Clerk, U.S. District Court, 102 Robert A. Grant Federal Building, 204 S. Main Street, South Bend, Indiana 46601. The special assessment payment shall be due immediately.

# RESTITUTION

Restitution in the amount of $205,109.00 is hereby imposed and shall be paid in full within 75 days from this judgment.

The defendant shall make restitution payments payable to Clerk, U.S. District Court, 102 Robert A. Grant Courthouse, 204 South Main Street, South Bend, IN 46601 to be disbursed to the victims identified in the list attached to the presentence report.

Payments shall be applied in the following order: (1) special assessment, (2) restitution principal and (3) restitution interest.